852

LOGUE *v.* THE STATE.

HUTCHESON, Justice. While the evidence on a trial for murder was entirely circumstantial, it was sufficient to authorize the conviction. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 12068. MARCH 16, 1938.

*Louis H. Foster* and *Clayton Baker,* for plaintiff in error.
*M. J. Yeomans, attorney-general, Carl E. Crow, solicitor-general, A. B. Conger, Ellis G. Arnall,* and *E. J. Clower,* contra.